UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FREDERICK BEADLE,

                      *Plaintiff*,

– against –

FOREVER JERK LLC, and ONEIL REID,

                      *Defendants*.

**ORDER**
23-cv-09166 (NCM) (RML)

---

**NATASHA C. MERLE**, United States District Judge:

      This Court has received the Report and Recommendation on the instant case dated July 31, 2024, from the Honorable Robert M. Levy, United States Magistrate Judge.

      No party filed objections to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, where, as here, no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)(internal citations omitted).

      Having reviewed the record, the Court finds no clear error and therefore adopts the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Accordingly, plaintiff's motion for default judgment against defendants Forever Jerk LLC and Oneil Reid is **GRANTED**. Plaintiff is awarded damages of $38,205.12 in total. The Court also awards pre-judgment interest on plaintiff's unpaid wages of

$14,102.56 from July 24, 2023 to the date of this Court's judgment at a per diem interest rate of $3.45. Post-judgment interest shall also be awarded as set forth in 28 U.S.C. § 1961(a), including "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a). Finally, plaintiff shall receive $13,575 in attorney's fees and $584 in costs.

**SO ORDERED.**

                                                                                /s/ *Natasha C. Merle*
                                                                               NATASHA C. MERLE
                                                                               United States District Judge

Dated:       October 18, 2024
                Brooklyn, New York